UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBOEUN NET,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JANET NAPOLITANO,<br><br>　　　　Respondent. | No.  2:13-cv-2340 DAD P<br><br><br><br>ORDER |

　　　　Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that respondent and the U.S. Immigration and Customs Enforcement are unlawfully detaining him at the Yuba County Jail.  On February 11, 2014, the undersigned ordered respondent to file a response to the petition.  Thereafter, counsel for respondent filed a motion to dismiss the petition as having been rendered moot.  According to respondent's motion, petitioner was removed from the United States on April 7, 2014, and is no longer being held in custody.  (Resp't's Mot. to Dismiss at 1 & Supp.)  Petitioner has not opposed or otherwise responded to the pending motion to dismiss.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order petitioner shall show cause in writing why this court should not grant the pending motion to dismiss the petition as moot.

Dated: May 21, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
net2340.102