UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBOEUN NET,<br><br>           Petitioner,<br><br>    v.<br><br>JANET NAPOLITANO,<br><br>           Respondents. | No.  2:13-cv-2340 DAD P<br><br><br>ORDER |

      A recent court order was served on petitioner's address of record and returned to the court by the postal service as undeliverable.  It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the court of a current address.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice due to petitioner's failure to prosecute.  See Local Rule 183(b).[1]

Dated:  September 9, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
net2340.133a

---

[1] Both parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (Doc. Nos. 3 & 4)

1